**36027.   SPEARS, by Next Friend v. SOUTHERN BELL TELEPHONE
& TELEGRAPH COMPANY et al.**

FELTON, C. J.   The judgment of this court reversing the judgment of the trial court sustaining the general demurrer of the Bell Telephone & Telegraph Company to the petition having been reversed by the Supreme Court (*Southern Bell Telephone & Telegraph Company* v. *Spears*, 212 *Ga.* 537, 93 S. E. 2d 659), the judgment of this court is vacated and the judgment of the trial court sustaining the demurrer of the Southern Bell Telephone & Telegraph Company to the petition is affirmed.

*Judgment affirmed.   Quillian and Nichols, JJ., concur.*

DECIDED SEPTEMBER 18, 1956.

*Alston, Sibley, Miller, Spann & Shackelford, William B. Spann, Jr., Daniel B. Hodgson,* for plaintiff in error.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, Harry S. Baxter, Welborn B. Cody, T. J. Long, Ben Weinberg,* contra.